

**FILED**
**May 8, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00735-CV
5197501
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 3:17:28 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00735-CV

ENTERGY TEXAS, INC.,

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 3:17:28 PM
JEFFREY D. KYLE
Clerk

Appellant.

v.

PUBLIC UTILITY COMMISSION OF TEXAS, *ET AL.*
Appellees.

## UNOPPOSED JOINT MOTION TO EXTEND TIME TO FILE REPLY BRIEFS

The Public Utility Commission of Texas (Commission); Entergy Texas, Inc. (ETI); and the Office of Public Utility Counsel (OPUC) hereby file their Unopposed Joint Motion to Extend Time to File their Reply Briefs pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5. In support of the motion, the Movants show as follows:

1. Reply briefs are due on May 20, 2015.

2. The Movants seek a thirteen-day extension of time, to June 2, 2015.

3. The Movants are not seeking to extend the deadline for filing their reply briefs merely for delay, but so that justice may be served and to prepare briefs that will better aid the Court in its decision.

4. Counsel for the Commission, OPUC, and ETI are unable to devote the time necessary to adequately reply to the Appellees' briefs. Counsel are involved in following cases before this Court:

*Entergy Texas, Inc. v. Public Utility Commission*, No. 03-14-00709-CV

   Oral argument on May 6, 2015
   Counsel for ETI argued.
   Counsel for the Commission is second chair to attorney who argued.
   OPUC is also an appellee and counsel for OPUC worked with other
   appellee counsel to prepare for oral argument.

*Entergy Texas, Inc. v. Public Utility Commission,* No. 03-14-00706-CV

   Oral argument on May 20, 2015.
   Counsel for ETI will be arguing.
   Counsel for the Commission will be arguing.

Counsel for the Office of Public Utility Counsel is also preparing intervenor

pre-filed testimony in P.U.C. Docket No. 43695, *Application of*

*Southwestern Public Service Company for Authority to Change Rates* that

is due May 15, 2015.

5.     This is the first request to extend time for filing reply briefs.

   The Movants ask the Court to extend the time to file reply briefs for

thirteen days, to June 2, 2015, and further seek any other relief to which

they may show themselves justly entitled.

                    Respectfully submitted,

                    KEN PAXTON
                    Attorney General of Texas

                    CHARLES E. ROY
                    First Assistant Attorney General

                    JAMES E. DAVIS
                    Deputy Attorney General for Civil Litigation

JON NIERMANN
Chief, Environmental Protection Division

/s/ *Elizabeth R. B. Sterling*
ELIZABETH R. B. STERLING
Assistant Attorney General
State Bar No. 19171100

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas  78711-2548
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

**Attorneys for the Public Utility Commission of Texas**


/s/ *Marnie A. McCormick*
MARNIE A. MCCORMICK
State Bar No. 00794264

DUGGINS, WREN, MANN & ROMERO, LLP
P. O. Box 1149
Austin, Texas 78767-1149
512.744.9300
512.744.9399 (fax)
mmccormick@dwmrlaw.com

**Attorneys for Entergy Texas, Inc.**

　/s/ *Sara J. Ferris*
TONYA BAER
Public Counsel
State Bar No. 24026771
SARA J. FERRIS
Senior Assistant Public Counsel
State Bar No. 50511915
sara.ferris@opuc.texas.gov

1701 N. Congress Avenue, Suite 9-180
P.O. Box 12397, Capitol Station
Austin, Texas 78711-2397
512.936.7500
512.936.7525 (fax)

**Attorneys for the
Office of Public Utility Counsel**

## Certificate of Conference

I hereby certify that I have contacted counsel for Texas Industrial Energy Consumers, the only party to the case that is not also a movant. TIEC does not oppose the motion to extend time to file reply briefs.

*/s/Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

**Certificate of Service**

I hereby certify that on May 7, 2014, a true and correct copy of the foregoing document was served on the following counsel electronically through an electronic filing manager or by e-mail:

**Attorneys for Entergy Texas, Inc.:**

Marnie A. McCormick
DUGGINS, WREN, MANN & ROMERO, LLP
P. O. Box 1149
Austin, Texas 78767-1149
512.744.9300
512.744.9399 (fax)
mmccormick@dwmrlaw.com

**Attorneys for State Agencies:**

Katherine H. Farrell
Assistant Attorney General
Office of the Attorney General
Administrative Law Division
P. O. Box 12548
Austin, TX 78711-2548
512.475.4237
512.477.4544 (fax)
katherine.farrell@texasattorneygeneral.gov

**Attorneys for Office of Public Utility Counsel:**

Sara J. Ferris
Senior Assistant Public Counsel
Office of Public Utility Counsel
1701 N. Congress Avenue, Suite 9-180
P.O. Box 12397, Capitol Station
Austin, Texas 78711-2397
512.936.7500
512.936.7525 (fax)
sara.ferris@opuc.texas.gov

**Counsel for Texas Industrial Energy Consumers:**

Rex VanMiddlesworth
Benjamin Hallmark
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, Texas 78701
512.469.6100
512.469.6180 (fax)
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com

 /s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling